HILL, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by James A. Hill against the Solvay Process Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to Court of Appeals denied.

HILL BROS. CO., Respondent, v. GARRET, Appellant (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by the Hill Bros. Company against Victor Garret. A. Foulds, Jr., for appellant. G. N. Bovee, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HILLS, Respondent, v. CITY OF UTICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Frank Hills against the city of Utica. No opinion. Judgment and order affirmed, with costs.

HOCH, Respondent, v. BROOKLYN BOROUGH GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Action by Martha Hoch against the Brooklyn Borough Gas Company. No opinion. Order of the Municipal Court affirmed by default, with costs.

HOCH, Respondent, v. BROOKLYN BOROUGH GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Martha F. Hoch against the Brooklyn Borough Gas Company. No opinion. Motion to open default denied, on the ground that no appeal lies from the order sought to be reviewed. See Smith v. Ely, 46 Misc. Rep. 458, 92 N. Y. Supp. 310.

In re HOFFMAN. (Supreme Court, Appellate Division, First Department. November 2, 1905.) In the matter of Samuel Hoffman. No opinion. Order affirmed.

HOHNER, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. November 3, 1905.) Appeal from City Court of New York, Trial Term. Action by George F. Hohner against the Interurban Street Railway Company. From a judgment on a verdict for plaintiff, defendant appeals. Reversed. Bayard H. Ames & F. Angelo Gaynor, for appellant. Thomas P. Hall (Herman B. Goodstein, of counsel), for respondent.

PER CURIAM. We see no merit in the appeal, except in so far as it is claimed that the damages are excessive and that there should have been no extra allowance. The damages were clearly excessive. In our opinion $750 would have been a liberal verdict under the circumstances. The case was not a proper one for an extra allowance. The judgment will be reversed, and a new trial ordered, with costs to appellant to abide the event, unless plaintiff will stipulate to reduce the judgment to $855.08, in which event the judgment, as reduced, will be affirmed, without costs.

In re HOJER'S ESTATE. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) In the matter of the estate of George W. Hojer, deceased. The partition action in this case relates only to real estate.

PER CURIAM. We think the parties are entitled to an accounting in the Surrogate's Court, notwithstanding the pendency of that action, and that the case of Ludwig v. Bungart, 48 App. Div. 613, 63 N. Y. Supp. 91, cited by the learned surrogate, is not controlling under these circumstances. Order dismissing proceedings reversed, and the matter remitted to the Surrogate's Court of Kings county for disposition.

HOLLY, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Action by Berton C. Holly against the Interurban Street Railway Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

HOOPS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by Henry Hoops against the city of New York. No opinion. Motion to dismiss appeal granted, with costs.

HORMES, Respondent, v. BUFFALO GERMAN INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by William Hormes against the Buffalo German Insurance Company. No opinion. Judgment and order affirmed, with costs.

HOSLEY, Appellant, v. NIAGARA FALLS MILLING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Horace Hosley against the Niagara Falls Milling Company.

PER CURIAM. Judgment affirmed, with costs.

HISCOCK, J., dissents.

HOUSE, Respondent, v. SAYLES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by Herman House against J. Irene Sayles and another. No opinion. Judgment affirmed, with costs.

HOWE, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Roswell F. Howe against the New York City Railway Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOXIE et al., Appellants. v. ELLIOTT et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Mary J. Hoxie and others against John L. Elliott and others. L. J. Morrison, for appellants. E. M. Shepard, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.